**Troy P. Owens, Jr. (SBN 298619)**
THE LAW OFFICE OF TROY P. OWENS, JR., A.P.C.
2400 Fenton Street, Suite 216
Chula Vista, CA 91914
Telephone: (619) 765-5000
Facsimile: (619) 599-8181
TROYOWENS@TROYOWENSLAW.COM

Attorneys for Plaintiff AMAURIE JOHNSON

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAURIE JOHNSON, an individual,<br>    Plaintiff,<br>v.<br>CITY OF LA MESA, a municipal entity, MATT DAGES, an individual, and DOES 1-6, inclusive,<br>    Defendants. | Case No.:<br><br>**DEMAND FOR JURY TRIAL** |

    COMES NOW, Plaintiff AMAURIE JOHNSON, by and through his attorney of record, THE LAW OFFICE OF TROY P. OWENS, JR., A.P.C., by Troy P. Owens, Jr., Esq., and hereby demands a trial by jury on all the issues so triable pursuant to Federal Rules of Civil Procedure, Rule 38, and the Local Rules of Practice for the United States District Court for the Southern District of California, Rule 38.1.

| | | |
|---|---|---|
| 1 | DATED:  July 29, 2020 | THE LAW OFFICE OF TROY P. OWENS, JR. |

<u>/s/ TROY P. OWENS, JR., ESQ.</u>
Troy P. Owens, Jr., Esq., attorney
for plaintiff AMAURIE JOHNSON
troyowens@troyowenslaw.com