Daley & Heft, LLP
Attorneys at Law
Mitchell D. Dean, Esq. (SBN 128926)
Heather E. Paradis, Esq. (SBN 276650)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Telephone:  (858) 755-5666
Facsimile:  (858) 755-7870
E-mail:      mdean@daleyheft.com
                 hparadis@daleyheft.com

Attorneys for Defendants,
City of La Mesa and Matt Dages

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Amaurie Johnson, an individual,<br><br>             Plaintiff,<br><br>    v.<br><br>City of La Mesa, a municipal entity; Matt Dages, an individual; Does 1-6, inclusive,<br><br>             Defendants. | Case No.: 3:20-cv-1461-JM-AGS<br><br>**CERTIFICATE OF SERVICE**<br><br>Courtroom:  5D<br>Judge:        Jeffrey T. Miller<br>Magistrate:  Andrew G. Schopler<br><br>Complaint Filed:  July 29, 2020<br>Trial Date:           None set |

I, Maria E. Kilcrease, certify and declare as follows:

I am over the age of 18 and not a party to the action.  I am employed in the County of San Diego, California.  My business address is 462 Stevens Avenue, Suite 201, Solana Beach, California.  My electronic address is mkilcrease@daleyheft.com.

On December 18, 2020, I served all interested parties in this action the following documents described and addressed as follows:

**DEFENDANTS CITY OF LA MESA AND MATT DAGES' ANSWER TO PLAINTIFF'S COMPLAINT**

**DEMAND FOR JURY TRIAL**

///

///

1

Case No. 3:20-cv-1461-JM-AGS

1  [ X ]  BY ELECTRONIC SERVICE: On the date stated below, I served
2  the above referenced documents via CM/EFC described above on the designated
3  recipients below through electronic transmission of said documents; a certified
4  receipt is issued to filing party acknowledging receipt by CM/EFC's system.
5  The following are those who are currently on the CM/ECF service list:

6  Troy P. Owens, Jr.
   The Law Office of Troy P. Owens, Jr., A.P.C.
7  2400 Fenton Street, Suite 216
   Chula Vista, Ca 91914
8  Tel: (619) 765-5000
   Fax: (619) 599-8181
9  E-mail: troyowens@troyowenslaw.com

10 **Attorneys for Plaintiff AMAURIE JOHNSON**

11 [ ]  BY OVERNIGHT DELIVERY. I enclosed the documents in an
12 envelope or package provided by an overnight delivery carrier and addressed to
13 the persons at the addresses in item 5. I placed the envelope or package for
14 collection and overnight delivery at an office or a regularly utilized drop box of
15 the overnight delivery carrier.

16 [ ]  BY FACSIMILE: Based on an agreement of the parties to accept
17 service by fax transmission, I faxed the documents to the persons at the fax number
18 listed above.  No error was reported by the fax machine (858) 755-7870 that I used.

19 [ ]  BY MAIL:  By placing an envelope for collection and mailing
20 following our ordinary business practices, I am readily familiar with the office's
21 practice of collecting and processing of documents for mailing.  Under that
22 practice it would be deposited with the United States Postal Service on the same
23 ///
24 ///
25 ///
26 ///
27 ///
28

1 | day in a sealed envelope with first-class postage prepaid at Solana Beach,
2 | California in the ordinary course of a business day.
3 |     I declare under penalty of perjury under the laws of the State of California
4 | that the foregoing is true and correct. I declare that I am employed in the office of
5 | a member of the bar of this court at whose direction the service was made.
6 | Executed on December 18, 2020     _____
7 |                          Maria E. Kilcrease

3

Case No. 20-cv-1461-JM-AGS